

Edward P. Boland VA Medical Center
VA Central Western Massachusetts
Healthcare System
421 North Main Street
Leeds, MA  01053-9764

14 July 2022

Ashley M. Sheffield



Re:  Request for Authorization for Service-Connected Infertility/ART/IVF Services

Dear Ashley:

We have carefully evaluated your request that VA authorize service-connected infertility services, including in-vitro fertilization (IVF), if indicated, for you and/or your spouse.

**Ineligibility Determination:** It has been determined that you do not meet the eligibility criteria for the reasons discussed below.

For VA to authorize service-connected infertility services, including IVF, if indicated, for you and/or your spouse, the following must be established:

1) You have been evaluated by an infertility specialist and received an infertility diagnosis; and
2) You are a Veteran who has a service-connected condition that results in the inability to procreate without fertility treatment; and
3) You are legally married; and
4) You and your spouse have: (a) testicular tissue from which sperm can be retrieved and/or autologous (i.e., obtained from self) cryopreserved sperm available; (b) at least one ovary that is able to make eggs and/or autologous cryopreserved oocytes (i.e., eggs) available; and (c) the presence of a uterus. The need for or use of donor eggs, sperm, or embryos, and/or gestational surrogacy renders a Veteran and their spouse ineligible for service-connected infertility/IVF services.

These eligibility criteria are established by law and VA develops relevant policy to comply with these laws.  See Consolidated Appropriations Act, 2022, P.L. 117-103, Division J, Title II, Section 234; 38 C.F.R. §§ 17.380 and 17.412; and VHA Directive 1334, *In Vitro Fertilization Counseling and Services Available to Certain Eligible Veterans and Their Spouses*, dated March 12, 2021, available at: www.va.gov/vhapublications/ViewPublication.asp?pub_ID=5431.

"Honoring America's Veterans by providing exceptional care that improves their health and well-being"
FITCHBURG  |  GREENFIELD  |  NORTHAMPTON  |  PITTSFIELD  |  SPRINGFIELD  |  WORCESTER
www.centralwesternmass.va.gov

You do not meet the eligibility criteria for VA to authorize the requested services because, based on a review of your August 17, 2021, through December 22, 2021, electronic health records, it has been determined that neither you nor your spouse have testicular tissue from which sperm can be retrieved or autologous cryopreserved sperm available. Because you do not meet this eligibility requirement, VA did not evaluate your eligibility for service-connected infertility services, including IVF, if indicated, under the other criteria listed above.

Although you are ineligible for service-connected infertility services, including IVF, if indicated, from VA, VA's medical benefits package includes other fertility evaluation, management, and treatment services, which do not have the same eligibility requirements as those listed above. These fertility services include, but are not limited to, preconception counseling and evaluation, laboratory blood testing, screening and diagnostic testing, surgical correction of structural pathology, reversal of tubal ligation, and intrauterine insemination. Additionally, if needed, you may be eligible for fertility medications, including those needed for ovulation stimulation and/or induction. For more information on the fertility services and treatments available to Veterans, see VHA Directive 1332(2), *Fertility Evaluation and Treatment,* dated June 20, 2017, available at: www.va.gov/vhapublications/ViewPublication.asp?pub_ID=5431.

**WHAT TO DO IF YOU DISAGREE WITH THE DECISION:** If you disagree with this decision, you may seek further review. You have one year from the date of this letter to select a review option in order to protect your initial filing date for effective date purposes. You must file your request on the required application form for the review option desired. The table below represents the review options and their respective required application form.

| Review Option | Required Application Form |
| --- | --- |
| **Supplemental Claim** | VA Form 20-0995, *Decision Review Request: Supplemental Claim* |
| **Higher-Level Review** | VA Form 20-0996, *Decision Review Request: Higher-Level Review* |
| **Appeal to the Board of Veterans' Appeals** | VA Form 10182, *Decision Review Request: Board Appeal (Notice of Disagreement)* |

*Please note: You **may not** request a higher-level review of a higher-level review decision issued by VA.*

The enclosed *VA Form 10-0998, Your Rights to Seek Further Review of Our Healthcare Benefits Decision,* explains your options in greater detail and provides instructions on how to request further review. You may download a copy of any of the required forms noted above by visiting www.va.gov/vaforms/ or you may contact us by telephone at 413-584-4040 and we will mail you any form you need. For your convenience, I have also enclosed a copy of the 10-0998 with this mailing.

**HOW TO OBTAIN OR ACCESS INFORMATION USED IN MAKING THIS DECISION:** You may request a copy of the evidence we used to make our decision. If you would like to obtain or access evidence used in making this decision, please contact us by telephone, email or letter as noted below letting us know what you would like to obtain. Some evidence may be obtained only by visiting www.va.gov.

"Honoring America's Veterans by providing exceptional care that improves their health and well-being"
**FITCHBURG | GREENFIELD | NORTHAMPTON | PITTSFIELD | SPRINGFIELD | WORCESTER**
www.centralwesternmass.va.gov

Please be advised, VA does not have legal authority to pay for or reimburse fertility services it has not authorized. However, if, at any point, your circumstances change and you believe you are eligible for service-connected infertility, assisted reproductive technology, and/or IVF services, you may request a new eligibility evaluation. Likewise, if at any point, the law changes to expand the eligibility criteria for infertility services and IVF through VA, if indicated, you may request a new eligibility evaluation.

If you have any questions, please contact your patient advocate and/or Dr. Ivan E. Correa at 413-584-4040.

Best regards,

_____
Ivan E. Correa,
Acting Chief of Staff


CC:   Michael Stefanilo, Jr.
      Brody, Hardoon, Perkins & Kesten, LLP
      699 Boylston Street, 12th Floor
      Boston, MS 02116

"Honoring America's Veterans by providing exceptional care that improves their health and well-being"
FITCHBURG | GREENFIELD | NORTHAMPTON | PITTSFIELD | SPRINGFIELD | WORCESTER
www.centralwesternmass.va.gov



# YOUR RIGHTS TO SEEK FURTHER REVIEW OF OUR HEALTHCARE BENEFITS DECISION

If you received a VHA decision on your claim for healthcare benefits, and are dissatisfied or disagree with the decision, in whole or part, you have ONE YEAR to initiate further review by completing and submitting one of the forms described below.

## What are my review options?

VA offers 3 types of review, but not all types of review are available in every case. Below is a description of each type of review and an explanation when each type is available.

This chart describes availability of review options:

| Review Options | I am a Veteran, Beneficiary, or Other Person Who Paid for a Veteran or Beneficiary's treatment | I am a Service Provider (Not Under Contract) | I am a Service Provider Under Contract |
|---|---|---|---|
| Supplemental Claim | Available | Not Available | Not Available. See Contract Terms. |
| Higher-Level Review | Available | Not Available | Not Available. See Contract Terms. |
| Appeal to the Board | Available | Available | Not Available. See Contract Terms. |

- **Supplemental claim.** If available, you should file a supplemental claim if VHA does not have all the evidence to accurately decide your claim.
- **Higher level review.** If available, you should file a request for higher level review if VHA has all the necessary evidence, but you would like VHA to take another look at the claim and see if a new decision can be supported.
- **Appeal to the Board of Veterans' Appeals.** You should appeal to the Board of Veterans' Appeals if you would like a Veteran's Law Judge to review your claim.

## FAQs:

## How do I request review by VA of my decision?

To select a review option, you must submit the appropriate form to the appropriate office for review.

For a **Supplemental Claim**, review your decision notice letter for the required forms and ways to submit the request. Either enclose or identify the NEW and RELEVANT EVIDENCE, not previously considered by VA, that you believe supports your claim. If you want VA to help you gather records, complete and return the appropriate Release of Information Form:
21-4142, Authorization to Disclose Information to the Department of Veterans Affairs (VA) or
21-4142a, General Release for Medical Provider Information to the Department of Veterans Affairs (VA).

For a **Higher-Level Review**, complete VA Form 20-0996, Decision Review Request: Higher-Level Review, and consult your decision notice letter for the required ways to submit the request.

To **Appeal to the Board**, complete VA Form 10182 - Decision Review Request: Board Appeal (Notice of Disagreement) and send the form to:
Board of Veterans' Appeals P.O. Box 27063 Washington, DC 20038 Fax: 844-678-8979
For more information on the Board of Veterans' Appeals, see https://www.bva.va.gov/.

All forms are also available at http://www.va.gov/vaforms/.