IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHLEY SHEFFIELD,<br>on behalf of herself and all persons similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, DENIS MCDONOUGH, in his official capacity as United States Secretary of Veterans Affairs, and IVAN E. CORREA, individually and in his capacity as acting Chief of Staff for Edward P. Boland VA Medical Center,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 23-11757<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PROOF OF SERVICE

On behalf of Plaintiff, Ashley Sheffield, I declare that the Summons and a copy of the Complaint have been served on Defendant, U.S. Department of Veterans Affairs, in accordance with Rule 4 of the Federal Rules of Civil Procedure, at the address below:

  Department of Veterans Affairs
  810 Vermont Avenue, NW
  Washington, DC, 20420

The documents were served via certified mail, return receipt request, with a USPS Tracking No. 7010 0290 0001 3952 5860. The Department of Veterans Affairs received the Summons and Complaint on September 6, 2023, as evidenced by the attached copy of the certified mail receipt signed by Katina L. Randolph.

  I further state that service was perfected in accordance with Rule 4(i) of the Federal Rules of Civil Procedure, by service on the entities below:

The United States Attorney for the District of Massachusetts:

> Attn: Civil Process Clerk
> Joshua S. Levy
> Acting U.S. Attorney
> District of Massachusetts
> One Courthouse Way, Suite 9200
> Boston, MA 02210
>
> The documents were served via certified mail, return receipt request, with a USPS Tracking No. *7022 3330 0001 4010 2732*. The United States Attorney for the District of Massachusetts received the Summons and Complaint on September 5, 2023, as evidenced by the attached signed copy of the certified mail receipt.

The Attorney General of the United States at Washington, D.C.:

> Attorney General of the United States
> U.S Dept. of Justice
> 950 Pennsylvania Ave., NW
> Washington, DC 20530
>
> The documents were served via certified mail, return receipt request, with a USPS Tracking No. *7010 0290 0001 3952 5884*. The Attorney General of the United States at Washington, D.C. received the Summons and Complaint on August 28, 2023, as evidenced by the attached signed copy of the certified mail receipt.

Denis McDonough, Secretary of the United States Department of Veterans Affairs

> Denis McDonough, Secretary
> US Department of Veterans Affairs
> 810 Vermont Avenue, NW,
> Washington, DC, 20420
>
> The documents were served via certified mail, return receipt request, with a USPS Tracking No. 7010 0290 0001 3952 5846. Defendant Denis McDonough received

the Summons and Complaint on August 28, 2023, as evidenced by the attached tracking information from the U.S. Postal Service website.

Under penalty of perjury under the laws of the United States, I declare that the foregoing information is true and correct.

Respectfully submitted,

Plaintiff Ashley Sheffield, on behalf of herself and others similarly situated,
By her attorneys,

BRODY HARDOON PERKINS & KESTEN, LLP,

/s/ Michael Stefanilo, Jr.
Michael Stefanilo, Jr., BBO# 684500
Monica Towle, BBO# 712109
Brody Hardoon, Perkins, & Kesten, LLP
699 Boylston Street, 12th Floor
Boston, MA 02116
(617) 880-7100
mstefanilo@bhpklaw.com
mtowle@bhpklaw.com

RENÉE A. BURBANK (D.D.C. Bar# 90004342)
RYAN KELLEY (D.D.C. Bar# 1018452)
National Veterans Legal Services Program
1100 Wilson Blvd., Suite 900
Arlington, VA 22209
Renee.Burbank@nvlsp.org
ryan.kelley@nvlsp.org
*Admitted pro hac vice*

Peter Romer-Friedman
PETER ROMER-FRIEDMAN LAW PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 355-6364
peter@prf-law.com
*Admitted pro hac vice*

Dated: October 16, 2023
Boston, MA

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Department of Veterans Affairs
810 Vermont Avenue, NW,
Washington, DC, 20420



9590 9402 6440 0346 5895 08

2. Article Number *(Transfer from service label)*

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Katina L. Randolph_ ☒ Agent ☐ Addressee

B. Received by *(Printed Name)*: KATINA L. RANDOLPH

C. Date of Delivery: 9/6/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

SEP 6 2023 PM 4:21
DEPT OF VA PLG

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt



Sheffield

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6440 0346 5895 08

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Attn: Michael Stefanilo, JR.
Brody, Hardoon, Perkins & Kesten, LLP
699 Boylston Street

```
BROD699*    015  NCE 1      923C7Z10/02/23
NOTIFY  SENDER  OF  NEW  ADDRESS
: BRODY  HARDOON  PERKINS  &  KESTEN LLP
265 FRANKLIN ST # 12
BOSTON MA 02110-3113

FWD     BC: 02110311399        *2417-00340-19-43
```

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): NANCY MROJAS
C. Date of Delivery: 9/5/23

1. Article Addressed to:

Attn Civil Process Clerk
Joshua S. Levy
Acting U.S. Attorney
District of Mass
One Courthouse Way
Suite 9200 Boston, MA 02210

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Stamp: FORT POINT CALLER ROOM BOSTON MA 02205 SEP 6 2023]
RETURN RECEIPT

9590 9402 6440 0346 5895 39

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☒ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7022 3330 0001 4010 2732

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 6440 0346 5895 39

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sheffield

• Sender: Please print your name, address, and ZIP+4® in this box•

Monica Towle, Esq.
Brody Hardoon Perkins & Kesten
699 Boylston Street
Boston, MA 02116

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Edy Sase_ | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>AUG 28 2023 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br> | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6440 0346 5898 05 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label) | | |

PS Form 3811, July 2020 PSN 7530-02-000-9053              Domestic Return Receipt

USPS TRACKING#

9590 9402 6440 0346 5898 05

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Brody, Hardoon, Perkins
+ Kesten
699 Boylston St, 12th Fl
Boston, MA 02116
Attn: Monica Towle

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70100290000139525846

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 5:01 am on August 28, 2023 in WASHINGTON, DC 20420.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20420
August 28, 2023, 5:01 am

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

## Text & Email Updates