# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHLEY SHEFFIELD, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, DENIS MCDONOUGH, in his official capacity as United States Secretary of Veterans Affairs, and IVAN E. CORREA, individually and in his capacity as acting Chief of Staff for Edward P. Boland VA Medical Center,<br><br>Defendants. | Case No. 23-11757 |

## **UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Defendants respectfully request that the Court extend the current November 6, 2023 deadline for Defendants to file an answer or otherwise respond to the Complaint to January 8, 2024. This extension is requested to allow Defendants additional time to evaluate the Complaint and the arguments made therein. This extension will also encourage efficient litigation by consolidating Defendants' deadlines, and it would permit individual federal Defendant Dr. Correa to prepare a thorough Rule 12 motion asserting the threshold defenses of qualified immunity and special factors precluding an individual-capacity damages remedy. This is Defendants' first request for an extension of time to respond to the complaint. Plaintiff consents to this request.

DATED: November 2, 2023            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

/s/ *John Robinson*
LAURA BAKST
KUNTAL CHOLERA
JOHN ROBINSON
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:   (202) 616-8489
E-mail:   john.j.robinson@usdoj.gov

*Counsel for U.S. Department of Veterans Affairs and the Official-Capacity Defendants*


C. SALVATORE D'ALESSIO, JR.
Director
Torts Branch, Civil Division

ANDREA W. MCCARTHY
Deputy Director, Torts Branch

/s/ *Laura Katherine Smith*
LAURA KATHERINE SMITH
Senior Trial Attorney, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
(202) 616-0419
Laura.smith2@usdoj.gov

*Counsel for Dr. Correa in His Individual Capacity*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for Plaintiff in a good faith attempt to narrow or resolve the issues raised by this motion, and Plaintiff assent to the relief requested.

/s/ John Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2023, a copy of the foregoing Motion to Extend Deadline to Respond to Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ John Robinson*