IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHLEY SHEFFIELD,<br>on behalf of herself and all persons similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, DENIS MCDONOUGH, in his official capacity as United States Secretary of Veterans Affairs, and IVAN E. CORREA, individually and in his capacity as acting Chief of Staff for Edward P. Boland VA Medical Center,<br><br>    Defendants. | Civil Case No. 23-11757 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kindly **WITHDRAW** my appearance as counsel for the Plaintiff, Ashley Sheffield, on behalf of herself and all persons similarly situated, in the above- captioned action.

                Respectfully submitted,

                */s/ Monica B. Towle*
                Monica B. Towle, BBO# 712109
                BRODY, HARDOON, PERKINS & KESTEN, LLP
                265 Franklin Street, 12th Floor
                Boston, MA 02110
                (617) 880-7100
                mtowle@bhpklaw.com

Dated: January 29, 2024

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

                                                                                  */s/ Monica B. Towle*
                                                                                  Monica B. Towle, BBO# 712109

Dated: January 29, 2024