IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ASHLEY SHEFFIELD, on behalf of herself and all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, DENIS MCDONOUGH, in his official capacity as United States Secretary of Veterans Affairs, and IVAN E. CORREA, individually and in his capacity as acting Chief of Staff for Edward P. Boland VA Medical Center,<br><br>　　　　　Defendants. | Case No. 23-11757 |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Defendants respectfully request that the Court extend the current March 8, 2024 deadline for Defendants to file an answer or otherwise respond to the Complaint to April 15, 2024. This would give the parties an opportunity to discuss if this matter may be resolved without the need for motions practice. This is Defendants' third request for an extension of time to respond to the complaint. Plaintiff consents to this request.

DATED: February 29, 2024                              Respectfully submitted,

1

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Kuntal Cholera*
Laura Bakst
Kuntal Cholera
John Robinson
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:   (202) 305-8645
E-mail:   kuntal.cholera@usdoj.gov

*Counsel for U.S. Department of Veterans Affairs and the Official-Capacity Defendants*

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

ANDREA W. MCCARTHY
Deputy Director, Torts Branch

*/s/ Laura Katherine Smith*
LAURA KATHERINE SMITH
Senior Trial Attorney, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
(202) 616-0419
Laura.smith2@usdoj.gov

*Counsel for Dr. Correa in His Individual Capacity*

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that pursuant to L.R. 7.1(a)(2), I conferred with counsel for Plaintiff in a good faith attempt to narrow or resolve the issues raised by this motion, and Plaintiff assent to the relief requested.

/s/ Kuntal Cholera

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, a copy of the foregoing Motion to Extend Deadline to Respond to Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Kuntal Cholera

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASHLEY SHEFFIELD, on behalf of herself and all persons similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, DENIS MCDONOUGH, in his official capacity as United States Secretary of Veterans Affairs, and IVAN E. CORREA, individually and in his capacity as acting Chief of Staff for Edward P. Boland VA Medical Center,<br><br>        Defendants. | Case No. 23-11757 |

**[PROPOSED] ORDER**

Defendants' Motion to Extend Deadline to Respond to the Complaint is **GRANTED**.

Defendants must respond to the Complaint on or before April 15, 2024.

SO ORDERED.

                                                                                                                              _____
                                                                                                                            The Honorable Judge Leo T. Sorokin