**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ASHLEY SHEFFIELD, on behalf of herself and all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF VETERANS AFFAIRS, DENIS MCDONOUGH, in his official capacity as United States Secretary of Veterans Affairs, and IVAN E. CORREA, individually and in his capacity as acting Chief of Staff for Edward P. Boland VA Medical Center,<br><br>Defendants. | Case No. 23-11757 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms of the parties' Settlement Agreement, the parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice.

DATED: April 29, 2024

Respectfully submitted,

/s/ Michael Stefanilo, Jr.
RENÉE A. BURBANK
Director of Litigation
National Veterans Legal Services Program
1100 Wilson Boulevard, Suite 900
Arlington, VA 22209
(202) 621-5780
renee.burbank@nvlsp.org

MICHAEL STEFANILO, JR.
Brody, Hardoon, Perkins & Kesten, LLP
699 Boylston Street
Boston, MA 02116
(617) 880-7100
mstefanilo@bhpklaw.com

PETER ROMER-FRIEDMAN
Peter Romer-Friedman Law PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 355-6364
peter@prf-law.com

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

/s/ John Robinson
LAURA BAKST
KUNTAL CHOLERA
JOHN ROBINSON
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
(202) 616-8489
john.j.robinson@usdoj.gov

*Attorneys for U.S. Department of Veterans Affairs and the Official-Capacity Defendants*

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

ANDREA W. MCCARTHY
Deputy Director, Torts Branch

/s/ Laura Katherine Smith
LAURA KATHERINE SMITH
Senior Trial Attorney, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
(202) 616-0419
Laura.smith2@usdoj.gov

*Counsel for Dr. Correa in His Individual Capacity*